NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMERSON ELECTRIC CO.,**
*Appellant*

**v.**

**SIPCO, LLC,**
*Cross-Appellant*

---

2019-1301, -1490

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00359.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, LOURIE and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

SIPCO, LLC moves the court to dismiss 2019-1301 as premature. Emerson Electric Co. opposes the motion.

At Emerson's behest, the Patent Trial and Appeal Board instituted *inter partes* review of SIPCO's U.S.

Patent No. 6,437,692. In its final written decision, the Board found several claims were shown to be unpatentable while others were not shown to be unpatentable.

Before the deadline for seeking rehearing of that decision had passed, Emerson filed a notice of appeal from the portion of the Board's decision rejecting its challenges. SIPCO subsequently filed a timely rehearing request from the portion of the Board's decision that found certain claims unpatentable. The Board has not yet issued a decision resolving SIPCO's rehearing request.

The court deems it appropriate here to deactivate these appeals and to the extent necessary grant a limited remand for the Board to address the rehearing request.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the appeals are deactivated. The court grants a limited remand to the extent necessary to allow the Board to address SIPCO's rehearing request. Within 30 days of the Board's decision on that request, the parties are directed to inform this court how they believe these appeals should proceed.

FOR THE COURT

Feb. 4, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s24