# United States Court of Appeals for the Federal Circuit

---

**EMERSON ELECTRIC CO.,**
*Appellant*

**v.**

**SIPCO, LLC,**
*Cross-Appellant*

---

2019-1301, 2019-1490

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00359.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

September 30, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court